UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHELBY PATTERSON, )
)
    Plaintiff, )
)
vs. ) Case No. 4:07CV1225 HEA
)
DAYTON FREIGHT LINES, INC., )
)
    Defendant. )

## ORDER

This matter is before the court on Plaintiff's Motion to Dismiss, [Doc. 33] filed by Plaintiff on October 6, 2008 in response to the Court's oral Order of September 4, 2008. In this pleading, Plaintiff asks the Court to "dismiss case # no. 04:07cv1225 with prejudiced [sic] based on the no fee leagle [sic] agreement Dayton Freight Att and I aggreed [sic] upon." It appears to the Court that the parties have agreed that Plaintiff's voluntary dismissal of this matter will resolve all issues set forth herein and will result in no fees or costs being imposed on Plaintiff.

    Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss, [Doc. No. 33] is granted.

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice.

No costs shall be assessed against Plaintiff.

Dated this 9th day of October, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE